UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIDGET LEA HYLAND SAWYER,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>CAROLYN W. COLVIN,  Acting  )<br>Commissioner of Social Security,  )<br>  )<br>  Defendant.  ) | 1:12-cv-00231-JAW |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 30, 2013 his Recommended Decision (ECF No. 15).  The Defendant filed her objections to the Recommended Decision on April 9, 2013 (ECF No. 16).  The Plaintiff filed her objections to the Recommended Decision on April 19, 2013 (ECF No. 19) and her response to the Defendant's objections on April 22, 2013 (ECF No. 20).  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Commissioner's decision is <u>VACATED</u> and the case <u>REMANDED</u> for further proceedings.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 24th day of April, 2013